■ In the Matter of PROSPECT STREET HOMEOWNERS ASSOCIATION et al., Appellants, v JILL FANDRICH et al., Constituting the Zoning Board of Appeals of the City of Auburn, et al., Respondents

Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.